UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YORDALIZA TAVERAS, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiffs,

-against-

SAMMEE, LLC,

                    Defendant.

23-CV-4281 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    On May 23, 2023, Plaintiff filed its complaint with the Court. Defendant was served with the complaint on June 6, 2023, and proof of service was filed with the Court on June 14, 2023. To date, Defendant has not appeared in this action and has not answered or otherwise responded to the complaint. The deadline for Defendant to answer elapsed on June 27, 2023.

    In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 29, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 14, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*
                                          _____
                                          JESSICA G. L. CLARKE
                                          United States District Judge